IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ARDELL LEVERT JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-14-1259-C |
| | ) | |
| FEDERAL TRANSFER CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on December 23, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is adopted and the Complaint is dismissed without prejudice.

IT IS SO ORDERED this 20th day of February, 2015.

ROBIN J. CAUTHRON
United States District Judge